THE PEOPLE OF THE STATE OF ILLINOIS *ex rel.*
CALEB M. POMEROY.

*v.*

ORLIN H. MINER, Auditor.

BREESE J :—This case is in all respects the same as the preceding case, and judgment accordingly.

*Mandamus denied.*